IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



LAURA MCGHEE,

Plaintiff,

v.

Action No. 3:09-CV-493

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

Defendant.

## ORDER

This matter, a review of a denial of an application for Social Security Disability Insurance Benefits, based on a finding by an Administrative Law Judge ("ALJ") that the applicant, Laura McGhee, is not disabled, is before the Court on McGhee's objections (Dock. No. 14) to the Magistrate Judge's Report and Recommendation. For the reasons stated in the accompanying memorandum opinion, the Court OVERRULES McGhee's objections and the Magistrate Judge's Report and Recommendation (Dock. No. 13) is ADOPTED as the ruling of this Court. Thus, McGhee's Motion for Summary Judgment (Dock. No. 9) is DENIED, McGhee's Motion to Remand (Dock. No. 10) is DENIED, the Commissioner of Social Security's Motion for Summary Judgment (Dock. No. 12) is GRANTED, and the Commissioner's decision denying benefits to McGhee is AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Entered this 10th day of May 2010

/s/
James R. Spencer
Chief United States District Judge